FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART,<br><br>               Plaintiff,<br><br>v.<br><br>SUPERINTENDENT STEVEN SUNDBERG, RN 2 ANGELA LINDEN and DOC,<br><br>               Defendants. | No.   4:22-cv-05067-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

On July 1, 2022, the Court instructed Plaintiff Jason Mark Hart, currently incarcerated at Washington State Penitentiary and proceeding *pro se,* to either pay the applicable filing fee of $402.00 (a $350.00 filing fee plus a $52.00 administrative fee) to commence this action or properly request leave to proceed *in forma pauperis.* ECF No. 5 at 2. Specifically, the Court directed Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding June 2, 2022. *Id.* The deadline to comply with that Order was August 1, 2022.

Plaintiff was cautioned that the failure to comply with these directives would result in the dismissal of this case. *Id.* Nevertheless, Plaintiff did not comply with

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 1

the Court's directives and has filed nothing further. Therefore, it appears that Plaintiff has abandoned this litigation. For the reasons provided here and, in the Court's previous order, ECF No. 5, this action is dismissed.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. All pending Motions are **DENIED AS MOOT.**

3. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

4. The Court certifies that any appeal of this dismissal would not be taken in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 3rd day of August 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge